```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Executive Assistant
3  United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone:  (916) 554-2798
5
   Attorneys for Plaintiff
6
```

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,       )   Cr. No. S- 05-179 MCE
                                    )
11              Plaintiff,          )   APPLICATION AND ORDER FOR
                                    )   WRIT OF HABEAS CORPUS AD
12         v.                       )   PROSEQUENDUM
                                    )
13  JOSE ANGEL SERRANO,             )
                                    )
14              Defendant.          )
    _____)
15

16         COMES NOW the United States of America by the United

17  States Attorney and represents and shows:

18         That there is now detained in High Desert State Prison,

19  P.O. Box 270220, Susanville, California 96127-0004, in the custody

20  of the Warden, Sheriff or Jailor thereof, the defendant in the

21  above-entitled case, which case will be called for arraignment and

22  plea, and for such other proceedings as may be proposed on the 7th

23  of September, 2005, at the hour of 2:00 p.m., and that it is

24  necessary to have the defendant present in the courtroom of the

25  Honorable Gregory G. Hollows, United States Magistrate Judge, of the

26  United States District Court, Eighth Floor, Robert T. Matsui Federal

27  Building and U.S. Courthouse, 501 I Street, Sacramento, California;

28  and in order to secure the presence of the defendant it is necessary

1  that a Writ of Habeas Corpus ad Prosequendum be issued commanding
2  the Warden, Sheriff or Jailor to produce the defendant in Court on
3  said date and at such other dates as may be necessary in order to
4  procure the defendant presence for his arraignment, plea and all
5  other proceedings incident thereto.
6       WHEREFORE, your petitioner prays for an order directing the
7  issuance of a Writ of Habeas Corpus ad Prosequendum out of and under
8  the seal of this Court, directed to the Warden, Sheriff or Jailor,
9  commanding him to have and produce the above-named defendant in the
10 United States District Court at said time, and then and there to
11 present the defendant before the Court and from day to day
12 thereafter as may be necessary, and at the termination of the
13 proceedings against the defendant to return defendant to the custody
14 of the Warden, Sheriff or Jailor.
15 DATED:  August 16, 2005
                                     McGREGOR W. SCOTT
16                                   United States Attorney
17
                             By:        /s/
18                                   CAROLYN K. DELANEY
                                     Executive Assistant
19                                   United States Attorney
20                           O R D E R
21       Upon reading and filing the foregoing application in that
22 behalf;
23       IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum
24 issue as prayed for herein.
25 DATED: August 17, 2005.
26
27                           _____
                             DALE A. DROZD
28 Ddad1/orders.criminal/serrano0179.ord   UNITED STATES MAGISTRATE JUDGE

                                    2