DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE ANGEL SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0179 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| JOSE ANGEL SERRANO | |
| Defendant. | Date:  JUNE 20, 2006 |
| | Time:  8:30 a.m. |
| | Judge: Hon. ENGLAND |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney CAROLYN DELANEY, Counsel for Plaintiff, and Attorney DINA L. SANTOS, Counsel for Defendant JOSE ANGEL SERRANO, that the status conference scheduled for May 16, 2006, be vacated and the matter be continued to this Court's criminal calendar on June 20, 2006, at 8:30 a.m, for status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4 ends of justice served in granting the continuance and allowing the
5 defendant further time to prepare outweigh the best interests of the
6 public and the defendant in a speedy trial.

7 The Court is advised that all counsel have conferred about this
8 request, that they have agreed to the June 20, 2006 date, and that Ms.
9 Delaney has authorized Ms. Santos to sign this stipulation on her
10 behalf.

11 **IT IS SO STIPULATED**.

13 Dated: May 12, 2006          /S/ Dina L. Santos
                                  DINA L. SANTOS
14                                Attorney for Defendant
                                  JOSE ANGEL SERRANO

16 Dated: May 12, 2006          /S/ Carolyn Delaney
                                  CAROLYN DELANEY
17                                Assistant United States Attorney
                                  Attorney for Plaintiff

19                              **O R D E R**
20 **IT IS SO ORDERED**.
21             By the Court,

23 Dated: May 19, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

2